IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:11-cv-01737-JA-DAB

JASON TERENZI,

    Plaintiff,

v.

VISION FINANCIAL CORP
a/k/a VISION FINANCIAL SERVICES,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the United States District Court of the Middle District of Florida, Plaintiff's Notice of Settlement, with all claims pending having been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

          Respectfully submitted,
          JASON TERENZI

          By: s/ Alex Weisberg
          ALEX D. WEISBERG
          FBN: 0566551
          WEISBERG & MEYERS, LLC
          ATTORNEYS FOR PLAINTIFF

        5722 S. Flamingo Road, Ste. 656
        Cooper City, FL 33330
        (954) 212-2184
        (866) 577-0963 fax
        aweisberg@attorneysforconsumers.com

I HEREBY CERTIFY THAT this Notice was filed on this 4th day of January, 2012, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. Kenneth Grace, kgrace@sessions-law.biz.

        By: s/ Alex Weisberg
        ALEX D. WEISBERG
        FBN: 0566551
        WEISBERG & MEYERS, LLC
        ATTORNEYS FOR PLAINTIFFS
        5722 S. Flamingo Road, Ste. 656
        Cooper City, FL 33330
        (954) 212-2184
        (866) 577-0963 fax
        aweisberg@attorneysforconsumers.com