# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JASON TERENZI,

          Plaintiff,

-vs-                                Case No. 6:11-cv-1737-Orl-28DAB

VISION FINANCIAL CORP.,

          Defendant.

---

## ORDER OF DISMISSAL

The Court has been advised by Plaintiff that the above-styled action has been completely settled. Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party within sixty (60) days from the date of this Order, to re-open the action upon good cause shown, to submit a joint stipulation of dismissal with prejudice, or to submit a stipulated form of final judgment. All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on this 9th day of January, 2012.

Copies furnished to:
Counsel of Record

JOHN ANTOON II
United States District Judge