**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JASON TERENZI,**

       **Plaintiff,**

-vs-                                **Case No. 6:11-cv-1737-Orl-28DAB**

**VISION FINANCIAL CORP.,**

       **Defendant.**
_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Notice of Settlement (Doc. No. 11), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __16th__ day of March, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge